SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>      vs.<br><br>Lennar Corporation, et al,<br><br>            Defendants | **Case No. 2:09-cv-00188-WBS-DAD**<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within (40) calendar days.

Dated: May 5, 2009

                    _/S/ SCOTT N. JOHNSON__
                     By: SCOTT N. JOHNSON
                      Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1